# CRIMINAL COMPLAINT
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Omar Angel RUIZ**<br>DOB: 2004; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>23-05736MJ |

Complaint for violation of Title 21, United States Code, Sections 952(a), 960(a)(1) & 960(b)(3)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about February 9, 2023, at or near Nogales, in the District of Arizona, **Omar Angel RUIZ** did knowingly and intentionally import into the United States from the Republic of Mexico a quantity of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) & 960(b)(3).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On February 9, 2022, at approximately 4:42 p.m., **Omar Angel RUIZ** entered the United States from the Republic of Mexico through the DeConcini Port of Entry-Morley Pedestrian Gate located in Nogales, Arizona. **RUIZ** presented a United States passport card to the Customs and Border Protection Officer (CBPO) and stated he was going to work at Ross. When asked what time he started work, **RUIZ** hesitated to answer and looked down. The CBPO obtained a negative binding declaration to include narcotics. During the initial encounter, another CBPO noticed **RUIZ** was wearing a bulky jacket and saw what appeared to be a bulge on his back. The CBPO asked **RUIZ** to lift his jacket and observed **RUIZ** barely lifted it. The CBPO again asked **RUIZ** to lift his jacket and noticed **RUIZ** hesitated while shaking his head side to side. For officer safety, the CBPO conducted an immediate pat-down for weapons and discovered a package on **RUIZ's** back. A search of **RUIZ's** person revealed packages wrapped in black electrical tape strapped to **RUIZ's** chest and back with saran wrap. A total of two (2) packages were removed from **RUIZ**. The packages contained blue M30 pills. A representative sample of the contents of the packages tested positive for the characteristics of fentanyl. The fentanyl had total weight of 3.5 kilograms.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>Sworn to telephonically. | SIGNATURE OF COMPLAINANT (official title)<br>Digitally signed by LUISA M PINTO<br>**LUISA M PINTO**<br>Date: 2023.02.10 10:13:38 -07'00'<br><br>OFFICIAL TITLE<br>SA Luisa Pinto<br>Homeland Security Investigations |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Lynnette C. Kimmins* | DATE<br>February 10, 2023 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54

Reviewed by AUSA: Price